

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable R. B. Ritchey, Jr.
County Attorney
Jasper County
Jasper, Texas

Dear Sir:

Opinion No. O-3634
Re: Whether tax collector is en-
titled to fee of One Dollar
($1.00) provided in Article
7331, V. A. C. S., in view of
House Bill 76, 47th Legisla-
ture.

We have your opinion request of May 30, 1941, re-
questing our opinion in response to the following question:

"Shall the tax collector, either of the
county or of an independent school district, be
entitled to his $1.00 fee as set out in Article
7331, V. A. C. S., before or after its amend-
ment in 1930, when said statute is construed
with the provision of H. B. Number 76, Section
2, 47th Legislature?"

You have enclosed a copy of your own opinion on
this question which reads as follows:

". . .

"Article 7331, Vernon's Annotated Civil Stat-
utes as amended by the 41st Legislature, 4th C. S.,
provides: 'For calculating and preparing redemp-
tion certificates and receipts, reporting and
crediting redemptions, posting Comptroller's re-
demption numbers on the delinquent tax record or
annual delinquent list, mailing certificates of
redemption to taxpayers after approval by the
Comptroller, and for issuing receipts of certi-
ficates of redemption for property shown on the

annual delinquent list, the tax collector shall
be entitled to a fee of One Dollar ($1.00) for
each correct assessment of land to be sold, said
fee to be taxed as costs against the delinquent
.................'

"House Bill No. 76, Section 2, 47th Legisla-
ture, provides: 'That all costs of every kind
and character that have accrued or attached or
that may hereafter accrue or attach to or by rea-
son of delinquent poll or ad valorem taxes on
which said poll or ad valorem tax the interest
and penalties have been released by any of the
provisions of this Act shall be and the same are
hereby released, and no such costs shall here-
after be charged, collected, or accounted for,
provided, however, that any costs that are now
due and payable to any officer or official shall
remain a valid obligation, notwithstanding the
provision hereof.' This Section of House Bill
No. 76 releases the delinquent tax-payer of all
costs of any kind that have accrued or may ac-
crue later, with the exception of costs that are
due and payable to an officer or official now.
The question, it appears to me, is was the $1.00
fee as called for in Article 7331, supra, due
and payable to the tax collector at the time of
the passage of the act? Or would it not be due
until the officer or tax collector had performed
the services as are called for in said Article?
If it was not due and payable at the time of the
passage of the act, then by the provision of H.
B. 76, Section 2, the tax collector would not be
entitled to the $1.00. As the services of the
tax collector of issuing the redemption certi-
ficates, etc., will not be done or performed un-
til subsequent to the passage of H. B. 76, it is
reasonable to say that the fee for such work
would not be due at the time of the passage of
the act.

"Article 7331, as passed in 1923, and before
its amendment in 1930, provided: 'For preparing
the annual delinquent list of assessments charged
to the tax collector upon the tax roll, but which

have not been collected at the time of his annual settlement with the State and County............', etc., 'the tax collector shall be entitled to a fee of one dollar for each correct assessment of land to be sold, said fee to be taxed as costs against the delinquent.' Therefore, under the provision of the Article before the year 1930, has the tax collector performed the services as required before the passage of H. B. 767 If so, he would be entitled to his fee of $1.00, as said fee was due and payable at the time of the passage of the Bill. The tax collector each year makes his delinquent list, calculates the penalty, etc.; therefore this work was performed by him before the passage of the Bill.

### "CONCLUSION

"For delinquent taxes since the year 1930, and when Article 7331 was amended, the tax collector would not be entitled to his $1.00 fee as provided in Article 7331, because H. B. 76, 47th Legislature, Sec. 2, releases it if paid before November 1st, 1941, since it was not due at the time of the passage of the Act.

"For delinquent taxes before the year 1930, and from 1923 to 1930, the tax collector would be entitled to the cost of $1.00 as provided by Article 7331 in force at that time, since the services required of said Article had been performed before the passage of H. B. 76, 47th Legislature, Sec. 2, thereby making said fee due and payable at the time of its passage."

We agree with and adopt the conclusions reached by you and the reasons given. Please permit us to thank you for the assistance thus given in connection with your opinion request.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Glenn R. Lewis_
Glenn R. Lewis
Assistant

APPROVED JUN 7, 1941
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY ___
CHAIRMAN

GRL:mp